John M. Coleman, Esq. (SB #79602)
COLEMAN AND ASSOCIATES, LAWYERS
1111 South Arroyo Parkway, Suite 442
Pasadena, California 91105
Telephone: (626) 993-1590
Facsimile: (626) 993-1598
Email: jmc@coleman-law.com

Attorneys for Defendants, **COUNTY OF LOS ANGELES**, a Public Entity; and **LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**, a Public Entity.

E-FILED 12/19/17
LINK #21

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VIVICA KEYES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a Public Entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; a Public Entity; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE #2:16 CV-00543-PSG (JCx)<br>Complaint Filed: January 25, 2016<br>Assigned to: Judge Philip S. Gutierrez<br><br>JOINT NOTICE OF DISMISSAL AND ORDER THEREON |

　　　　Plaintiff, VIVICA KEYES, and Defendant, **COUNTY OF LOS ANGELES**, a Public Entity; and **LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**, a Public Entity by and through their counsel of record, hereby request that the Court dismisses the above-entitled matter, without prejudice.

　　　　Parties are in agreement to bear their own costs.

　　　　Respectfully submitted.

//

Dated: November 14, 2017

By: _____
Vivica Keyes
Plaintiff Pro Per


Dated: ~~November~~ December 14, 2017

COLEMAN & ASSOCIATES

By: _____
John M. Coleman, Esq.
Attorneys for Defendants,
COUNTY OF LOS ANGELES and
LOS ANGELES COUNTY SHERIFF'S
DEPARTMENT.

COLEMAN & ASSOCIATES
LAWYERS
1111 SOUTH ARROYO PARKWAY, SUITE 442
PASADENA, CALIFORNIA 91105

## ORDER

Pursuant to the foregoing this Court dismisses the entire case without prejudice.

**IT IS SO ORDERED**

Dated: ~~November ___, 2017~~ 12/18/17

PHILIP S. GUTIERREZ
_____
Judge Philip S. Gutierrez
UNITED STATES DISTRICT COURT

# PROOF OF SERVICE

STATE OF CALIFORNIA } ss
COUNTY OF LOS ANGELES

    I am employed at Coleman & Associates, 1111 South Arroyo Parkway, Suite 442 Pasadena, California 91105. I am over age 18 and not a party to this action.

    On December 14, 2017 I served the foregoing: **JOINT NOTICE OF DISMISSAL AND ORDER** on all interested parties in this action.

__X__     **(VIA MAIL)** By placing true copies thereof enclosed in sealed envelopes addressed as stated on attached mailing list, I caused such envelope to be deposited in the mail at Pasadena, CA. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is the deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit. Executed on December 14, 2017 at Pasadena, CA.

_____     **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of SERVICE LIST.
Executed on December __, 2017 at Pasadena, CA.

_____     **(VIA EMAIL SERVICE)** I transmitted this document electron-ically to the addressees/offices on the SERVICE LIST.
Executed on December __, 2017 at Pasadena, CA.

_____     **(VIA FACSIMILE SERVICE)** I transmitted this document to the addressees/offices on the SERVICE LIST.
Executed on December __, 2017 at Pasadena, CA.

_____     **(VIA FEDERAL EXPRESS)** I delivered such envelope to the addressees/offices on the SERVICE LIST.
Executed on December __, 2017 at Pasadena, CA.

_____     **(BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED)** I deposited such envelope at the Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
Executed on December __, 2017 at Pasadena, CA.

__X__     **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct, and that I am employed in the office of an attorney permitted to practice before this Court, at whose direction this service was made.

*/s/ Oliva Robles*
Oliva Robles

4

JOINT NOTICE OF DISMISSAL

376003.1

<u>SERVICE LIST</u>

**VIVICA KEYES v. COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; and DOES 1-10**

**Plaintiff In Pro Per:**
MsVivica@verizon.net
Ms. Vivica Keys, self represented
12125 Koudekerk Street
Artesia, CA 90701
(310) 850-0587

JOINT NOTICE OF DISMISSAL

376003.1